**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-1290**

———————————

PETER KALOS; VERON LEE KALOS,

                Plaintiffs – Appellants,

      v.

SHANNON J. POSNER; SHANNON J. POSNER, P.A.,

                Defendants – Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:10-cv-00073-JCC-TRJ)

———————————

Submitted: July 21, 2011          Decided: July 25, 2011

———————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Peter Kalos; Vernon Lee Kalos, Appellants Pro Se. Matthew Allan Ranck, ECCLESTON & WOLF PC, Hanover, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter and Vernon Lee Kalos appeal the district court's order dismissing the Kalos' complaint with prejudice as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kalos v. Posner, No. 1:10-cv-00073-JCC-TRJ (E.D. Va. filed Feb. 23, 2011 & entered Feb. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED